UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| Keith Stafford, *on behalf of himself and all others similarly situated*,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>American InterContinental University,<br><br>　　　　　　　Defendant. | Civil Action No.: 2:12-cv-00359-JTM-APR |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The potential class members will be dismissed without prejudice. The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: May 28, 2013

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: /s/ Amy L. Cueller

　　　　　　　　　　　　　　　　　　　Amy L. Cueller, Esq., #15052-49
　　　　　　　　　　　　　　　　　　　LEMBERG & ASSOCIATES L.L.C.
　　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　Facsimile:  (203) 653-3424
　　　　　　　　　　　　　　　　　　　E-Mail: acueller@lemberglaw.com
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

       I hereby certify that on May 28, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Indiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By  /s/ Amy L. Cueller_____

                                                  Amy L. Cueller