UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| KEITH STAFFORD, *on behalf of himself and all others similarly situated*, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No: 2:12 CV 359 ) |
| AMERICAN INTERCONTINENTAL UNIVERSITY, | ) ) ) |
| Defendant. | ) |

### O R D E R

Having been advised by counsel that a settlement has been reached (DE # 14), the undersigned District Judge **DIRECTS** the Clerk of Court to **DISMISS THESE CLAIMS** with prejudice thirty (30) days after this order is docketed. Each party shall bear his/her/its own costs, unless otherwise provided in the settlement documents. If the parties fail to finalize the settlement documents within the thirty-day period, they may– before that period expires –move to postpone entry of judgment to a later date.

Due to the settlement of this action, the court now **DENIES AS MOOT** all pending motions, and **CANCELS** all settings herein.

**SO ORDERED.**

Date: May 28, 2013

 s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT