AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

Keith Stafford )
*Plaintiff* )
v. ) Civil Action No.  2:12cv359
)
American InterContinental University, )
Does 1-10  (TERMINATED 2/28/2013) )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X   other:   case is DISMISSED with prejudice
.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X   decided by Judge    James T. Moody    on a motion for   Notice of Settlement (Judgment is entered per court Order dated 5/28/2013)
.

Date:   Jul 15, 2013                                     *CLERK OF COURT*

                                                        /s/ Marijana Ciric