# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | | |
|---|---|---|
| Keith Stafford | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:12cv359 |
| | ) | |
| American InterContinental University, | ) | |
| Does 1-10 (TERMINATED 2/28/2013) | ) | |
| *Defendant* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X  other: case is DISMISSED with prejudice .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X  decided by Judge   James T. Moody   on a motion for   Notice of Settlement (Judgment is entered per court Order dated 5/28/2013) .

Date:  Jul 15, 2013

*CLERK OF COURT*

/s/ Marijana Ciric